**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 18-30164 |
| Plaintiff-Appellee, | D.C. No. 2:10-cr-00324-RAJ |
| v. | |
| VICTOR M. GONZALEZ VAZQUEZ, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Western District of Washington
Richard A. Jones, District Judge, Presiding

Submitted February 19, 2019[**]

Before: FERNANDEZ, SILVERMAN, and WATFORD, Circuit Judges.

Victor M. Gonzalez Vazquez appeals from the district court's order granting

in part, and denying in part, his 18 U.S.C. § 3582(c)(2) motion for a sentence

reduction. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Gonzalez

Vazquez's counsel has filed a brief stating that there are no grounds for relief,

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

along with a motion to withdraw as counsel of record. We have provided

Gonzalez Vazquez the opportunity to file a pro se supplemental brief. No pro se

supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S.

75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**